IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| GARY WILDE D/B/A WILDE FARMS AND MARK REED D/B/A REED FARMS, § § § *Plaintiffs*, § § v. § § DEERE & COMPANY D/B/A JOHN DEERE COMPANY AND QUALITY IMPLEMENT CO. § § § *Defendants*. § | | CIVIL ACTION NO. 7:06CV0018-R |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Germania Insurance Company as Subrogee of Gary Wilde d/b/a Wilde Farms and Mark Reed d/b/a Reed Farms ("Plaintiff"), Defendant Deere & Company ("Deere"), and Defendant Quality Implement Company ("Quality") file this Stipulation of Dismissal, and would respectfully show the Court as follows:

1.) Plaintiff is Germania Insurance Company as Subrogee of Gary Wilde d/b/a Wilde Farms and Mark Reed d/b/a Reed Farms ("Plaintiff"); and the Defendants are Deere & Company ("Deere") and Quality Implement Company ("Quality").

2.) On or about December 15, 2005, Plaintiff sued Deere and Quality. Deere received service of citation on or about January 3, 2006. On or about February 2, 2006, Defendant Deere filed a Notice of Removal in this Court.

3) Plaintiff now, however, moves this Court to dismiss its claims against Deere and Quality.

4) Deere and Quality have each answered this lawsuit and the respective claims, and both agree to the dismissal of this suit.

5) This case is not a class action. A receiver has not been appointed in this action. Further, the case is not governed by any federal statute that requires an order of the Court for dismissal of the case. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

6) The dismissal is with prejudice with taxable court costs taxed to the party incurring same.

7) Regardless of the pending Motion to Remand, all parties hereto agree that this Court has jurisdiction over this civil action for the purposes of approving this instrument and entering an Agreed Order of Dismissal.

Accordingly, the parties stipulate to the dismissal of this action, and respectfully request the court for an Order Dismissing the above-captioned cause.

                                        Respectfully submitted,

*/s/ Charles T. Kelly*

**Charles T. Kelly**
State Bar No. 11216840
**Loren R. Smith**
State Bar No. 18643800
KELLY, SMITH & MURRAH, P.C.
4305 Yoakum Blvd.
Houston, TX 77006
(903) 792-8246
FAX (903) 792-5801

**ATTORNEY FOR PLAINTIFF
GERMANIA INSURANCE COMPANY
AS SUBROGEE OF GARY WILDE
D/B/A WILDE FARMS AND MARK REED
D/B/A REED FARMS**

*[Signature]*
Richard A. Sayles
State Bar No. 17697500
**Eve L. Henson**
State Bar No. 00791462
**SAYLES | WERBNER**
*A Professional Corporation*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 939-8700
FAX (214) 939-8787

**ATTORNEYS FOR DEFENDANT
DEERE & COMPANY**

---

**Gordon Asbury III**
State Bar No. 01368200
**ASBURY & ASBURY, L.L.P.**
534 Pine Street, Suite 102
Abilene, Texas 79601
(325) 673-7141
FAX (325) 673-7258

**ATTORNEYS FOR DEFENDANT
QUALITY IMPLEMENT COMPANY**

Richard A. Sayles
State Bar No. 17697500
Eve L. Henson
State Bar No. 00791462
**SAYLES | WERBNER**
*A Professional Corporation*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 939-8700
FAX (214) 939-8787

ATTORNEYS FOR DEFENDANT
DEERE & COMPANY

Gordon Asbury III
State Bar No. 01368200
**ASBURY & ASBURY, L.L.P.**
534 Pine Street, Suite 102
Abilene, Texas 79601
(325) 673-7141
FAX (325) 673-7258

**ATTORNEYS FOR DEFENDANT
QUALITY IMPLEMENT COMPANY**